

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00037-CV

James W. **MYART** Jr.,
Appellant

v.

Deborah **MURDOCK**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 2015CV00334
Honorable Jason W. Wolff, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

We ORDER that appellant, James W. Myart Jr., bear all costs of this appeal.

SIGNED May 13, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice